UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Heder MORALES-Aguilar,<br><br>    Defendant | Magistrate Docket No.<br><br>**08 MJ 1589**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 19, 2008** within the Southern District of California, defendant, **Heder MORALES-Aguilar,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **MAY, 2008**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 19, 2008, Border Patrol Agents J. Miranda, M. Ortiz and T. Engelhorn were conducting anti-smuggling duties in Eastern San Diego County as assigned to the San Diego Sector Smuggling Interdiction Group (SIG). Agent Miranda was operating an unmarked DHS vehicle with fully functioning emergency lights and audible police siren. This area is located in a remote mountainous region approximately 35 miles east of San Diego, California.

At approximately 9:45 PM, Agent Miranda observed a blue Ford Aerostar van bearing a California license plate, enter onto the Interstate 8 westbound onramp from Highway 79. As the van passed Agent Miranda's location, he immediately noticed that the van appeared heavily laden. Agent Miranda began to follow the van to have a closer look at the van. Agent Miranda contacted Border Patrol Radio Dispatch and requested registered owner/stolen vehicle checks on the van referencing its displayed license plate. Dispatch soon relayed that the vehicle was registered out of Vista, California. Vista, California.

As Agent Miranda followed the van, he noticed it bounced erratically. The van maintained a steady speed of approximately 55 miles an hour on posted 70 miles per hour limit while it traveled on Interstate 8. Agent Miranda radioed Agents Ortiz and Engelhorn and advised them of his observations and direction of travel. Suspecting that the van contained illegal aliens, Agent Miranda attempted a vehicle stop on the van on westbound Interstate 8 just east of Los Coches Road Exit in Lakeside, California.

Agents Ortiz and Engelhorn assisted Agent Miranda with this vehicle stop. The driver of the van yielded to the right shoulder. When Agent Miranda approached the van, he noticed several people lying on the back as if they were trying to conceal themselves. While displaying his service badge, Agent Miranda identified himself as a United States Border Patrol Agent to all of the occupants. Upon identifying himself, Agent Miranda noticed the driver open the driver-side door and run away from the van. Agents were unable to locate the driver.

Agent Miranda questioned all occupants as of their citizenship and immigration status. All sixteen occupants, including one later identified as defendant **Heder MORALES-Aguilar**, admitted that they were citizens and nationals of Mexico with no proper immigration documents that would allow them to enter or remain in the United States legally. Agent Miranda placed all sixteen occupants under arrest and transported to El Cajon Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 28, 2008** through **Miami, Florida.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and was willing to make a statement without an attorney present. Upon questioning, the defendant stated the he is a citizen and national of Mexico and that he does not possess any documents allowing him to enter or to remain in the United States legally.